UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0094--CV (JKS)
"GENERAL INSURANCE CO OF AMERICA V GURWELL ET"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 04/24/02
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (1) Citizen of This State
DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

Nature of Suit: (110) Insurance
28 USC 1332 AND 1391
Origin: (1) Original Proceeding
Demand: 75
Filing fee: Paid $150.00 on 04/24/02 receipt # 00117381
Trial by: Jury

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| PLF 1.1 | | GENERAL INSURANCE CO OF AMERICA | Gary A. Zipkin<br>Guess & Rudd<br>510 L Street, Suite 700<br>Anchorage, AK 99501<br>907-793-2200<br>FAX 907-793-2299 |
| DEF 1.1 | | GURWELL, BARBIE | Frank J. Schlehofer<br>William G. Azar PC<br>800 E. Dimond Boulevard, #3-440<br>Anchorage, AK 99515-2028<br>907-344-3434<br>FAX 907-349-1687 |
| DEF 2.1 | [T] | GURWELL, DANIELLE | No counsel found for this party! |
| DEF 2.2 | | ESTATE OF DANIELLE GURWELL | Frank J. Schlehofer<br>(see above) |
| DEF 3.1 | | CALLISON, LILLY | Frank J. Schlehofer<br>(see above) |
| DEF 4.1 | | CALLISON, SAM | Frank J. Schlehofer<br>(see above) |
| DEF 5.1 | | SOPTICK, WENDY G. | Paul D. Stockler<br>Law Offices of Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, AK 99501<br>907-277-8564<br>FAX 907-272-4877 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0094--CV (JKS)
"GENERAL INSURANCE CO OF AMERICA V GURWELL ET"

For all filing dates

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 04/24/02
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (1) Citizen of This State
DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

Nature of Suit: (110) Insurance
28 USC 1332 AND 1391
Origin: (1) Original Proceeding
Demand: 75
Filing fee: Paid $150.00 on 04/24/02 receipt # 00117381
Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/24/02 | Complaint w/exhs filed. |
| 2 - 1 | 06/19/02 | DEF 5 Waiver of Service for Wendy G. Soptick. |
| 3 - 1 | 06/27/02 | JKS Minute Order that plf file returns of svc w/i 20 days. cc: cnsl |
| 4 - 1 | 07/03/02 | DEF 1-4 Waiver of Service of summons. |
| 5 - 1 | 07/10/02 | PLF 1 Notice of compliance re service as to DEF 1-5. |
| 6 - 1 | 08/19/02 | DEF 1-4 Attorney Appearance of Frank J. Schlehofer. |
| 7 - 1 | 08/19/02 | DEF 1-4 Answer to Complaint w/att exhs. |
| 8 - 1 | 08/19/02 | DEF 1-4 Jury Demand. |
| 9 - 1 | 08/28/02 | JKS Minute Order requiring def W. Soptick to ans or apply for default by 09/17/02. cc: cnsl |
| 10 - 1 | 08/28/02 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 11 - 1 | 09/16/02 | DEF 5 Answer to Complaint. |
| 12 - 1 | 09/19/02 | PLF 1 Status Report. |
| 13 - 1 | 09/24/02 | JKS Minute Order re: inadequacy of 16(b) rpt; parties to file completed rpt by 10/25/02. cc: cnsl |
| 14 - 1 | 10/23/02 | PLF 1; DEF 1-5 Parties Initial Case Status Report. |
| 15 - 1 | 10/28/02 | JKS Minute Order that parties shall file a supplemental stat rpt re: 16(b) rpt by 11/12/02; crt will schedule a hrg to resolve the disputes and then issue an S&P order. cc: cnsl |
| 16 - 1 | 11/12/02 | PLF 1 Joint Supplemental Status Report. |

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 11/21/02 | JKS S&P Order setting pretrial ddlns: Original disc 11/15/03; Disp mots ddln 12/15/03. cc: cnsl |
| 18 - 1 | 12/03/02 | DEF 1-4 Preliminary Witness List. |
| 19 - 1 | 12/19/02 | DEF 1-5 Errata re: defs' preliminary witness list. |
| 20 - 1 | 10/16/03 | PLF 1; DEF 1-5 motion (joint) to vacate current pre-trial order. |
| 21 - 1 | 10/20/03 | JKS Minute Order granting in part mot (joint) to vacate current PT order (20-1); scheduling order at dkt 17 is suspended pending further order of the crt; settl docs or stat rpt due in 30 days. cc: cnsl |
| 22 - 1 | 10/23/03 | PLF 1 Clarification to the court regarding the minute order dated 10/20/03 re: settlement w/att exhs. |
| 23 - 1 | 11/19/03 | PLF 1 Supplemental Report to the court. |
| 24 - 1 | 11/20/03 | JKS Minute Order that stat rpt dated 11/18/03 is accepted; further stat rpt due by 01/05/04 unless closing papers are sooner filed. cc: cnsl |
| 25 - 1 | 01/05/04 | DEF 1-5 Status report; approval of settl scheduled for 01/23/04 in Superior Crt. |
| 26 - 1 | 01/07/04 | JKS Minute Order that stat rpt dated 01/05/04; next stat rpt due 02/23/04. cc: cnsl |
| 27 - 1 | 01/26/04 | DEF 1-5 Status Notice. |
| 28 - 1 | 02/23/04 | DEF 1-4 Status Notice. |
| 29 - 1 | 02/26/04 | JKS Minute Order that stat rpt dated 02/23/04 is accepted; further stat rpt due by 05/03/04. cc: cnsl |
| 30 - 1 | 05/03/04 | DEF 1 Notice to the court w/att exhs. |
| 31 - 1 | 05/06/04 | JKS Minute Order that stat rpt dated 05/03/04 is accepted; further stat rpt due by 06/22/04. cc: cnsl |
| 32 - 1 | 06/04/04 | DEF 1-4 Status Noitce to the court w/att exhs. |
| 33 - 1 | 06/09/04 | DEF 5 Address Change Notice. |
| 34 - 1 | 07/09/04 | JKS Minute Order that plf file updated stat rpt by 8/9/04. cc: cnsl |
| 35 - 1 | 08/09/04 | DEF 1-5 Status Report. |
| 36 - 1 | 08/12/04 | JKS Minute Order that further stat rpt due by 9/20/04. cc: cnsl |
| 37 - 1 | 09/20/04 | DEF 1-5 Status Report w/att exhs. |
| 38 - 1 | 10/04/04 | JKS Minute Order that further stat rpt due by 11/3/04. cc: cnsl |
| 39 - 1 | 11/03/04 | DEF 1-4 Status Notice to the court w/att exhs. |
| 40 - 1 | 11/04/04 | JKS Minute Order that further stat rpt due by 12/6/04. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0094--CV (JKS)
"GENERAL INSURANCE CO OF AMERICA V GURWELL ET"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 41 - 1 | 12/06/04 | DEF 1-4 Status Report. |
| 42 - 1 | 12/06/04 | PLF 1 Status Report. |
| 43 - 1 | 12/07/04 | JKS Minute Order that further stat rpt due by 1/6/05. cc: cnsl |
| 44 - 1 | 01/06/05 | DEF 1-5 Status Notice to the court. |
| 45 - 1 | 01/07/05 | JKS Minute Order that further stat rpt due by 2/7/05. cc: cnsl |
| 46 - 1 | 02/07/05 | DEF 1-4 Status notice to the court. |
| 47 - 1 | 02/08/05 | JKS Minute Order that further stat rpt due by 3/7/05. cc: cnsl |
| 48 - 1 | 03/07/05 | DEF 1; 4 Status notice to the court. |
| 49 - 1 | 03/08/05 | JKS Minute Order that further stat rpt due by 4/8/05. cc: cnsl |
| 50 - 1 | 04/08/05 | DEF 1; 4 Status Report w/att exhs. |
| 51 - 1 | 04/28/05 | JKS Minute Order that further stat rpt due by 6/8/05. cc: cnsl |
| 52 - 1 | 06/08/05 | DEF 1; 4 Status Report to the crt. |
| 53 - 1 | 06/09/05 | JKS Minute Order that further stat rpt due by 7/11/05. cc: cnsl |
| 54 - 1 | 07/11/05 | DEF 1; 4 Status Notice to the court. |
| 55 - 1 | 07/12/05 | JKS Minute Order that further stat rpt due by 9/12/05. cc: cnsl |
| 56 - 1 | 08/31/05 | DEF 1-4 Unopposed motion for substitution of party. |
| 57 - 1 | 09/02/05 | JKS Order granting unopposed motion for substitution of party (56-1); The Estate of Danielle Gurwell is substituted in as the proper party for deceased Danielle Gurwell, a minor. cc: cnsl |
| 58 - 1 | 09/12/05 | DEF 1-4 Status notice to the court. |
| 59 - 1 | 09/13/05 | JKS Minute Order that further stat rpt due by 11/14/05. cc: cnsl |
| 60 - 1 | 11/14/05 | DEF 1-4 Status Notice to the court. |
| 61 - 1 | 11/21/05 | JKS Minute Order that further stat rpt due by 1/16/06. cc: cnsl |