Frank J. Schlehofer
Attorneys for Defendants Barbie
Gurwell, individually, and on
behalf of the Estate of Danielle Gurwell,
and Lilly Callison, and Sam Callison
WILLIAM G. AZAR, P.C.
800 East Dimond Blvd., #3-440
Anchorage, Alaska 99515
(907) 344-3434
(907) 346-1687 Fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BARBIE GURWELL, individually, and on behalf of the Estate of DANIELLE GURWELL and LILLY CALLISON; SAM CALLISON; and WENDY G. SOPTICK,<br><br>        Defendants.<br>_____ | Case No. A02-094 CV (JKS)<br><br><br><br><br><br><br>**STATUS NOTICE TO THE COURT** |

COMES NOW counsel for the defendant Barbie Gurwell, Personal Representative on behalf of the Estate of Danielle Gurwell, through the Law Office of William G. Azar, P.C., and informs the Court of the status in this case as follows:

1. A follow-up letter was sent to counsel for Wendy G. Soptick inquiring about a signed copy of the release from the Sopticks. Counsel for General Insurance Company of America

also sent a follow-up letter to Wendy Soptick's counsel. Counsel is still waiting for a copy of the signed release.

DATED this 16th day of January 2006.

        LAW OFFICE OF WILLIAM G. AZAR, PC
        Attorneys for Defendants


        By:_/s/_Frank J. Schlehofer
           Frank J. Schlehofer
           Alaska Bar No. 9011111
           William G. Azar, P.C.
           800 E. Dimond, Suite 3-440
           Anchorage, Alaska 99515
           Phone: 907-344-3434
           Facsimile: 907-349-1687
           E-mail: wga@arctic.net


I hereby certify on this 16th day of January 2006, a true and correct copy of the foregoing was served by electronic mail to:

Gary Zipkin
Guess & Rudd
510 L Street, Seventh Floor
Anchorage, Alaska  99501

And via U.S. Mail to:

Paul Stockler
Law Offices of Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501


_/s/ Traci L. Mosholder___
Traci L. Mosholder