# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>GENERAL INSURANCE CO. OF AMERICA</u>   v.   <u>BARBIE GURWELL, et al.</u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                           CASE NO. <u>3:02-CV-00094-JKS</u>

<u>Dan Maus</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: January 17, 2006

    The court has received a status report dated <u>January 16, 2006</u>. The report is accepted.

    A further status report shall be filed by counsel for plaintiff on or before <u>March 17, 2006</u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}