Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:    (907) 793-2200
Fax:      (907) 793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>BARBIE GURWELL, individually, and on behalf of her minor children DANIELLE GURWELL and LILLY CALLISON, SAM CALLISON, and WENDY G. SOPTICK,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:02-cv-94-JKS<br>)<br>)<br>)<br>)<br>) |

**SUBSTITUTION OF COUNSEL**

Guess & Rudd P.C., counsel for plaintiff, substitutes Joan E. Rohlf for Gary A. Zipkin as the firm's attorney of record to be served and requests that copies of all pleadings and any other documents be sent to her at its office located at 510 L Street, Suite 700, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 19th day of January, 2006.

                              GUESS & RUDD P.C.
                              Attorneys for Plaintiff

                        By:     s/Gary A. Zipkin
                              Guess & Rudd P.C.
                              510 L Street, Suite 700
                              Anchorage, AK 99501
                              Phone: (907) 793-2200
                              Fax:   (907) 793-2299
                              Email: gzipkin@guessrudd.com
                              Alaska Bar No. 7505048

<u>Certificate of Service</u>

I certify that on this 19th day of January, 2006, a copy of the foregoing document was served electronically on:

Frank J. Schlehofer, Esq.
Law Office of William G. Azar, P.C.
800 E. Dimond Blvd., Suite 3-440
Anchorage, AK  99515-2028

and via U.S. Mail to:

Paul Stockler
Law Offices of Paul Stockler
1309 West 16th Avenue
Anchorage, AK 99501

By:    s/Gary A. Zipkin

F:\DATA\5500\54\PLEADING\24 substitution of counsel.doc