Frank J. Schlehofer
Attorneys for Defendants Barbie
Gurwell, individually, and on
behalf of the Estate of Danielle Gurwell,
and Lilly Callison, and Sam Callison
WILLIAM G. AZAR, P.C.
800 East Dimond Blvd., #3-440
Anchorage, Alaska 99515
(907) 344-3434
(907) 346-1687 Fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. A02-094 CV (JKS) |
| Plaintiff, | | |
| vs. | | |
| BARBIE GURWELL, individually, and on behalf of the Estate of DANIELLE GURWELL and LILLY CALLISON; SAM CALLISON; and WENDY G. SOPTICK, | | **STATUS NOTICE TO THE COURT** |
| Defendants. | | |

COMES NOW counsel for the defendant Barbie Gurwell, Personal Representative on behalf of the Estate of Danielle Gurwell, through the Law Office of William G. Azar, P.C., and informs the Court of the status in this case as follows:

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)

1.   As the court may recall, there were delays due to the inability to locate the Sopticks in order for them to sign the release.  However, there have been ongoing discussions between counsel for the Estate of Danielle Gurwell and General Insurance Company of America where a new settlement release would be drafted that would not require the signature of the Sopticks, but would allow the federal matter to be concluded, whereby the underlying insurance coverage issues would be litigated in state court.

DATED this 20th day of March 2006.

LAW OFFICE OF WILLIAM G. AZAR, PC
Attorneys for Defendants


By: /s/ Frank J. Schlehofer
    Frank J. Schlehofer
    Alaska Bar No. 9011111
    William G. Azar, P.C.
    800 E. Dimond, Suite 3-440
    Anchorage, Alaska 99515
    Phone: 907-344-3434
    Facsimile: 907-349-1687
    E-mail: wga@arctic.net


*Please note, the Law Office of William G. Azar made several attempts to electronically file this Status Notice to the Court on March 17, 2006.  However, due to technical problems with the Adobe PDF maker software, it was not timely filed.

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)

I hereby certify on this 20th day of March 2006, a true and correct copy of the foregoing was served by electronic mail to:

Joan Rohlf
jrohlf@guessrudd.com

And via U.S. Mail to:

Paul Stockler
Law Offices of Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

 /s/ Traci L. Mosholder
Traci L. Mosholder

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)