Frank J. Schlehofer
Attorneys for Defendants Barbie
Gurwell, individually, and on
behalf of the Estate of Danielle Gurwell,
and Lilly Callison, and Sam Callison
WILLIAM G. AZAR, P.C.
800 East Dimond Blvd., #3-440
Anchorage, Alaska 99515
(907) 344-3434
(907) 346-1687 Fax
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GENERAL INSURANCE COMPANY<br>OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BARBIE GURWELL, individually,<br>and on behalf of the Estate<br>of DANIELLE GURWELL and<br>LILLY CALLISON; SAM CALLISON;<br>and WENDY G. SOPTICK,<br><br>        Defendants. | Case No. A02-094 CV (JKS)<br><br><br><br><br><br><br>**STATUS NOTICE TO THE COURT** |

    COMES NOW counsel for the defendant Barbie Gurwell, Personal Representative on behalf of the Estate of Danielle Gurwell, through the Law Office of William G. Azar, P.C., and informs the Court of the status in this case as follows:

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)

1.   Mediation in this case is scheduled for June 9, 2006 before retired Judge James Hanson.  Defendant, Barbie Gurwell, is flying from Missouri to Anchorage to attend the mediation.

DATED this 12th day of May 2006.

>LAW OFFICE OF WILLIAM G. AZAR, PC
>Attorneys for Defendant
>
>By: _/s/_Frank J. Schlehofer
>    Frank J. Schlehofer
>    Alaska Bar No. 9011111
>    William G. Azar, P.C.
>    800 E. Dimond, Suite 3-440
>    Anchorage, Alaska 99515
>    Phone: 907-344-3434
>    Facsimile: 907-349-1687
>    fjschlehofer@yahoo.com

I hereby certify on this 12th day of May 2006, a true and correct copy of the foregoing was served by electronic mail to:

Joan E. Rohlf
jrohlf@guessrudd.com

Paul D. Stockler
paulstockler@aol.com

_/s/ Traci L. Mosholder___
Traci L. Mosholder

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)