Frank J. Schlehofer
Attorneys for Defendants Barbie
Gurwell, individually, and on
behalf of the Estate of Danielle Gurwell,
and Lilly Callison, and Sam Callison
WILLIAM G. AZAR, P.C.
800 East Dimond Blvd., #3-440
Anchorage, Alaska 99515
(907) 344-3434
(907) 346-1687 Fax
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BARBIE GURWELL, individually, and on behalf of the Estate of DANIELLE GURWELL and LILLY CALLISON; SAM CALLISON; and WENDY G. SOPTICK, <br><br> Defendants. | Case No. A02-094 CV (JKS) <br><br> **STATUS NOTICE TO THE COURT** |

COMES NOW counsel for the defendant Barbie Gurwell, Personal Representative on behalf of the Estate of Danielle Gurwell, through the Law Office of William G. Azar, P.C., and informs the Court of the status in this case as follows:

This case has settled. A settlement conference was held through retired Judge James Hanson. The settlement release is being forwarded to the Personal Representative. It is anticipated that once the release is signed, a dismissal will then be filed pursuant to the terms of the release.

DATED this 16th day of June 2006.

```
                              LAW OFFICE OF WILLIAM G. AZAR, PC
                              Attorneys for Defendant


                              By:_/s/_Frank J. Schlehofer
                                  Frank J. Schlehofer
                                  Alaska Bar No. 9011111
                                  William G. Azar, P.C.
                                  800 E. Dimond, Suite 3-440
                                  Anchorage, Alaska 99515
                                  Phone: 907-344-3434
                                  Facsimile: 907-349-1687
                                  fjschlehofer@yahoo.com
```

I hereby certify on this 16th day of June 2006, a true and correct copy of the foregoing was served by electronic mail to:

Joan E. Rohlf
jrohlf@guessrudd.com

Paul D. Stockler
paulstockler@aol.com

_/s/ Traci L. Mosholder___
Traci L. Mosholder

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)