Frank J. Schlehofer
Attorneys for Defendants Barbie
Gurwell, individually, and on
behalf of the Estate of Danielle Gurwell,
and Lilly Callison, and Sam Callison
WILLIAM G. AZAR, P.C.
800 East Dimond Blvd., #3-440
Anchorage, Alaska 99515
(907) 344-3434
(907) 346-1687 Fax
fjschlehofer@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BARBIE GURWELL, individually, and on behalf of the Estate of DANIELLE GURWELL and LILLY CALLISON; SAM CALLISON; and WENDY G. SOPTICK, <br><br> Defendants. | Case No. A02-094 CV (JKS) <br><br> **STATUS NOTICE TO THE COURT** |

COMES NOW counsel for the defendant Barbie Gurwell, Personal Representative on behalf of the Estate of Danielle Gurwell, through the Law Office of William G. Azar, P.C., and informs the Court of the status in this case as follows:

This case has settled.  The settlement release has been forwarded to the Personal Representative, however it has not yet been received back from her.  Pursuant to recent contact with the Personal Representative, the release should be received in the near future.  It is anticipated that once the release is signed, a dismissal will then be filed pursuant to the terms of the release.

　　　　DATED this 17th day of August 2006.

　　　　　　　　　　　　　　　　　　LAW OFFICE OF WILLIAM G. AZAR, PC
　　　　　　　　　　　　　　　　　　Attorneys for Defendant


　　　　　　　　　　　　　　　　　　By:_/s/_Frank J. Schlehofer
　　　　　　　　　　　　　　　　　　　　Frank J. Schlehofer
　　　　　　　　　　　　　　　　　　　　Alaska Bar No. 9011111
　　　　　　　　　　　　　　　　　　　　William G. Azar, P.C.
　　　　　　　　　　　　　　　　　　　　800 E. Dimond, Suite 3-440
　　　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99515
　　　　　　　　　　　　　　　　　　　　Phone: 907-344-3434
　　　　　　　　　　　　　　　　　　　　Facsimile: 907-349-1687
　　　　　　　　　　　　　　　　　　　　fjschlehofer@yahoo.com


I hereby certify on this 17th day of August 2006, a true and correct copy of the foregoing was served by electronic mail to:

Joan E. Rohlf
jrohlf@guessrudd.com

Paul D. Stockler
paulstockler@aol.com


_/s/ Traci L. Mosholder___
Traci L. Mosholder

STATUS NOTICE TO THE COURT
*General Insurance Company v. Gurwell, et al.*
Case No. A02-094 CV (JKS)