Joan E. Rohlf, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:    (907) 793-2200
Fax:      (907) 793-2299
Email:    jrohlf@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBIE GURWELL, individually, and on behalf of her minor children DANIELLE GURWELL and LILLY CALLISON, SAM CALLISON, and WENDY G. SOPTICK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:02-cv-94-JKS<br>)<br>)<br>)<br>)<br>) |

**<u>STIPULATION OF DISMISSAL</u>**

   The parties, by and through their respective counsel of record, hereby stipulate and agree that all claims in the above-captioned action may be dismissed with prejudice, with each party to bear his or her own costs and fees, on the ground that such claims have been amicably resolved.

DATED at Anchorage, Alaska, this 5th day of October, 2006.

```
                            GUESS & RUDD P.C.
                            Attorneys for Plaintiff


                    By:    s/Joan E. Rohlf
                           Guess & Rudd P.C.
                           510 L Street, Suite 700
                           Anchorage, AK 99501
                           Phone: (907) 793-2200
                           Fax:   (907) 793-2299
                           Email: jrohlf@guessrudd.com
                           Alaska Bar No. 8511192



                            LAW OFFICE OF WILLIAM G. AZAR, P.C.
                            Attorneys for Defendants Barbie
                            Gurwell and her minor children,
                            Danielle Gurwell, Lilly Callison,
                            and Sam Callison


                    By:    s/Frank J. Schlehofer
                           Law Office of William Azar, PC
                           800 E. Dimond Blvd., Ste 3-440
                           Anchorage, AK  99515-2028
                           Phone:    (907) 344-3434
                           Fax:      (907) 349-1687
                           EMAIL: fjschlehofer@yahoo.com
                           Alaska Bar No. 9011111
```

Certificate of Service

I certify that on this 5th day of October, 2006, a copy of the foregoing document was served electronically on:

Frank J. Schlehofer, Esq.

Paul Stockler

By:_____s/Joan E. Rohlf___

F:\DATA\5500\54\PLEADING\25 stip to dismiss.doc