IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>BARBIE GURWELL, individually, and on behalf of her minor children DANIELLE GURWELL and LILLY CALLISON, SAM CALLISON, and WENDY G. SOPTICK,<br><br>      Defendants. | Case No. 3:02-CV-00094-JKS<br><br><br>ORDER GRANTING DISMISSAL |

The parties have agreed to dismiss all claims. Docket No. 75. The Stipulation of Dismissal at **Docket No. 75** is **GRANTED**.

**IT IS THEREFORE ORDERED**:

All claims in the above-captioned action are dismissed with prejudice, each party to bear his or her own costs and fees.

Dated at Anchorage, Alaska, this 10th day of October 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge